# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.

**DYLAN ZENAS COWLES**

_____/

**SEALED**
**INDICTMENT**

3:20cr 58/MCR

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about August 28, 2019, in the Northern District of Florida, the

defendant,

**DYLAN ZENAS COWLES,**

did knowingly possess a firearm, as defined in Title 26, United States Code,

Section 5845(f), to wit, a destructive device, which was not registered to him in the

National Firearms Registration and Transfer Record, as required by Title 26,

United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

Returned in open court pursuant to Rule 6(f)

Date  Jul 28, 2020

United States Magistrate Judge

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby

realleged and incorporated by reference.   Because the defendant,

## DYLAN ZENAS COWLES,

knowingly committed the violation set forth in Count One of this indictment, any

and all interest that this defendant has in the firearm involved in this violation is

vested in the United States and hereby forfeited to the United States pursuant to

Title 26, United States Code, Section 5872.

TRUE BILL:

FOREPERSON

7-28-2020

DATE

LAWRENCE KEEFE
United States Attorney

EDWIN KNIGHT
Assistant United States Attorney

2