IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,

v.                                                 Case No. :  3:20cr58/MCR

DYLAN ZENAS COWLES,
            Defendant.
_____

## DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

COMES NOW Defendant, DYLAN ZENAS COWLES, by and through his undersigned attorney, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, moves this Court to ask the following questions during voir dire of prospective jurors in this cause:

## BURDEN OF PROOF AND TRIAL PROCEDURES

1.     Dylan Cowles, Defendant in this case, is presumed innocent and this presumption stays with him throughout the trial until and unless the Government proves beyond a reasonable doubt each and every element charged.  If the Government fails to prove it's case beyond a reasonable doubt, you must return a verdict of not guilty.  If the Government proves it's case beyond a reasonable doubt, you should return a verdict of guilty.  Is there anyone here who cannot give Dylan Cowles the presumption of innocence through the trial of this cause?

2.     Do you think it is fair that the Defendant is presumed innocent until proven guilty?

3. Some of you may have served as a juror in a civil case, for example where someone is suing another for monetary damages. In a civil case the standard of proof in order for someone to prevail is proof by the greater weight of the evidence or by a preponderance of the evidence. In a criminal case the burden of proof is a much heavier burden. Proof beyond a reasonable doubt is proof of such a convincing character that you would be willing to rely upon it without hesitation in the most important of your own affairs. If the Government meets this burden, you should find the defendant guilty. If the Government fails to meet this burden, you should find the defendant not guilty. Can everyone agree to follow the Court's instructions on proof beyond a reasonable doubt?

4. Dylan Cowles does not have to prove anything. He is not required to come forward with any evidence, it is the Government's burden to prove whether or not Dylan Cowles is guilty beyond a reasonable doubt. Would any of you require Dylan Cowles to present any evidence?

5. Dylan Cowles has an absolute right not to testify in this cause. If Dylan Cowles does not testify at trial, it should not be given any consideration by you nor be considered in any way in reaching your verdict. The fact that a defendant does not testify in a trial is not any indication of guilty or innocence and should not be considered at all. Would anyone here require Dylan Cowles to testify before returning a verdict of not guilty?

6. Do you believe that if the Government brings a case that it is more likely than not

that the Defendant is guilty of something?

7. If you are selected as a juror, you will be sworn, along with the other jurors to listen carefully to the evidence, the weigh the evidence, to listen to the argument of counsel and the instructions of the Court. You are not to discuss the testimony, nor form an opinion about guilt or innocence of Randall Pope during the course of this trial until you have heard all of the evidence, the argument of counsel and the instruction of the Court and that case is submitted to you. If selected as a juror, can you do that?

8. The evidence to judge this case can only come from testimony by witnesses under oath, evidence in this courtroom and evidence presented to you in Court. Do you all realize that you may not, under any circumstances, conduct your own research or investigation, either via the internet or any other source?

9. If selected as a jury in this case, will each of you assure the Court that you will not do any research about the facts of this case or any law that may pertain to this case. You will be instructed on the law by the Court at the end of the case and the only facts or evidence that you will receive about this case will be in Court from the witness stand or any evidence introduced. Do each of you agree to refrain from any investigation about the facts or evidence.

10. Do each of you agree and understand that after being selected today that you are not to further consider this case, at all, or discuss it in any manner until further instructions from the Court. You are probably aware that when you go

home, some people are going to ask you were you selected and what type of case it is and you are to tell them that you have been selected for a jury and you cannot discuss it at all.  Will each of you promise to do that.

## BACKGROUND INFORMATION OF THE JURORS

1. What do you do for a living?

2. What are your main job responsibilities?

3. What kind of work have you done in the past?

4. How far did you go in school?  If you attended college, what school and what degrees did you receive?  What was your major?

5. How far did your spouse go in school?  If he/she attended college, where and what degrees did he/she receive?

6. Have you or any member of your family or relatives been employed by, made application for employment with or been connected in any way with a law enforcement agency such as a police department, Sheriff's department, highway patrol, game warden, IRS, FBI, DEA (Drug Enforcement Administration), Customs Bureau, Alcohol Tobacco and Firearms, U.S. Marshall, State Attorney, U.S. Attorney, Department of Justice, Probation & Parole or Bureau of Prisons?

7. Have you or any member of your immediate family serve in the armed services?  If so, what was your rate, rank, position and branch of service?  What was you military speciality?

## **EXPERIENCE WITH COURTS**

1. Have you ever testified in Court as a witness?

2. In what kind of case did you testify?

   Have you or any family member ever served on a Grand Jury? If yes, where and when?

3. Please be advised that a Grand Jury does not determine guilt or innocence. It is merely a means to present the Indictment and inform the defendant of the nature of the charges. The Indictment is not evidence and should not be considered as evidence in this case.

4. Have any of you ever served as a juror? If so, please answer the following:

    a. Was it a criminal or civil case?

    b. What was the nature of the case?

    c. Did you serve as the foreperson?

    d. Did you reach a verdict?

5. As a result of your jury experience, have you formed any convictions, attitudes or beliefs which might affect your decision in this case?

6. Do you know any other prospective juror in this case? If both of you are selected to serve on this jury, would your relationship cause you to feel like you must agree or disagree with him/her during jury deliberations?

**QUESTIONS RELATED TO THE OFFENSE**

1. Do any of you own or have a firearm in your home?

2. Those of you that have firearms, are they for personal protection or sporting such as hunting, target shooting, etc.?

3. Do any of you have a carrying a concealed weapon permit?

4. Mr. Cowles holds a federal firearms license which authorizes him to sell, trade, and receive firearms. Have any of you had any dealings with any licensed firearms dealers?

5. Do any of you hold a federal firearms license which authorizes you to buy, sell, and ship firearms?

6. Have any of you dealt with what I call a "mom and pop" type of firearms dealer who operates out of a business out of their house, or at a gun show?

7. Are any of you a member of the NRA?

8. Are any of you a member of any organization that promotes restrictions on the possession or use of firearms?

9. In today's political climate, there is a lot of discussion about the second amendment which is the right to bear arms. How do you feel about the right to bear arms, and whether or not any restrictions should be placed upon that right?

10. Some people don't believe that you can possess a fully automatic weapon (commonly referred to as a machine gun), but one who is not a convicted felon can own a fully automatic (machine gun) if it is properly registered with the United States

      Government. Does anyone feel that there should be no restrictions whatsoever on firearms?

11. In this case, although Mr. Cowles held a federal firearms license, he is charged with possessing two items which were not registered. It will be up to you to determine, based upon proof beyond a reasonable doubt, whether or not the two items required registration. Does anyone feel because of their own personal beliefs that they could not be a fair and impartial juror in a case like this?

12. Two of the items that the Government claims were not registered was a "destructive device" and a "silencer". Can you keep an open mind and wait to hear all of the evidence before you form some opinion as to what a destructive device or silencer may be under the law?

## EXPERT WITNESSES

1. There may be expert witnesses called to testify, witnesses that may have specialized knowledge or training in that field who are allowed to state an opinion about the matter. The Court will instruct you that you do not have to accept the witness' opinion. As with any other witness' testimony, you must decide for yourself whether to rely upon the opinion of an expert. Does anyone feel that they are bound to accept the opinion of an expert witness?

## **QUESTIONS ABOUT DYLAN COWLES**

1. Some people might say that Mr. Cowles is a unique individual. There may be evidence that he is a collector or a hoarder. There may be evidence that he likes to take mechanical things apart and reassemble them, and create things from other people's junk. There may be evidence that he is a survival-ist and collects things in the event that there is some catastrophe. I am not asking you to excuse Mr. Cowles if the Government proves beyond a reasonable doubt that he did something illegal. What I am asking you, is that if you find him unique, different, eccentric, not to hold that against him when making your decision in this case.

Respectfully submitted,

/s/ *Barry W. Beroset*
BARRY W. BEROSET
Beroset and Keene
1622 North 9th Avenue
Pensacola, FL  32503
Phone: (850) 438-3111
FBN:  145143
Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic or U.S. Mail to the following parties on this day, October 26, 2020:

*Via Electronic Mail*
Assistant United States Attorney
EDWIN F KNIGHT
US ATTORNEY - PENSACOLA FL
NORTHERN DISTRICT OF FLORIDA
21 E GARDEN ST, STE 400
PENSACOLA, FL 32502-5675
Email: Edwin.Knight@usdoj.gov

                                            /s/ *Barry W. Beroset*_____
                                            BARRY W. BEROSET
                                            Beroset and Keene
                                            1622 North 9th Avenue
                                            Pensacola, FL  32503
                                            Phone: (850) 438-3111
                                            FBN:  145143
                                            Counsel for Defendant