IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:20cr58-MCR

DYLAN ZENAS COWLES

_____/

## FACTUAL BASIS FOR GUILTY PLEA

The undersigned parties acknowledge that not all the facts known from this investigation are contained in this brief summary.   The defendant admits that if this case were to proceed to trial, the government could prove the following facts:

Dylan Zenas **Cowles (COWLES)** owns a residence and business, DC Guns LLC, located at 6000 and 6020 West Fairfield Drive, Pensacola, Florida, 32506. **COWLES** obtained a Federal Firearms License (FFL) from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) when he opened DC Guns LLC, as it was established to buy, sell, and trade in firearms.

On August 2, 2019, ATF responded to **COWLES'** property to investigate the circumstances of a fire at his business.   ATF agents observed marijuana and drug paraphernalia sitting on a tarp outside his business.   Due to the extent of the fire, **COWLES'** inventory had been relocated inside his residence.   Upon entry into the residence to examine his firearm inventory, ATF agents observed significant clutter, with firearms, loaded and unloaded, strewn about.   Law enforcement from

FILED IN OPEN COURT THIS
June 22, 2021
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

Escambia County Sheriff's Office (ECSO), also present, observed drug paraphernalia and the odor of marijuana in the residence. ATF agents were unable to conduct the required inventory due to the state of the residence.

ATF made two subsequent attempts to inventory **COWLES'** firearms on August 5 and 6, 2019. During both visits, **COWLES** was flustered and unable to focus or assist in the inventory. Investigators again noticed the odor of marijuana in the residence. These inventory attempts were unsuccessful.

Due to their inability to conduct an inventory and their observations indicating firearms irregularities and drug use, on August 28, 2019, ATF agents executed a search warrant of **COWLES'** residence and curtilage. **COWLES** admitted to the agents that he used narcotics and had previously denied using narcotics for fear of losing his FFL. Upon executing the search warrant, law enforcement discovered additional drug paraphernalia and multiple controlled substances throughout **COWLES'** residence and curtilage. In addition to what was later determined to be over 165 firearms (including 15 silencers) and a stockpile of firearm parts, law enforcement observed a large hole in the basement floor of **COWLES'** residence with residue of explosives, sandbags, a pulley system, and a homemade destructive device nearby. Law enforcement notified **COWLES** that ATF was revoking his FFL, seizing all firearms, and he could no longer possess firearms. **COWLES** acknowledged he understood.

On August 19, 2020, **COWLES** was arraigned on the initial Indictment in this case. (ECF No. 8). **COWLES** was advised of his release conditions on September 3, 2020, which included, among others, that all firearms, weapons, destructive devices, and/or their components be removed by a third party; that **COWLES** agree to submit to a search of his person and/or property by United States Probation in conjunction with ATF to determine compliance; he not possess a firearm, destructive device or other weapon; and he submit to and comply with any future searches of his residence as determined necessary by United States Probation and the Pretrial Office. (ECF No. 23).

On September 8, 2020, pursuant to the release conditions, ATF and Probation searched **COWLES'** residence in preparation for his release and supervision. ATF agents discovered a homemade firearm silencer in the basement that the agents confirmed had been used as a silencer based on evidence of several passthrough bullet strikes. ATF agents subsequently sent the device to the ATF Firearms Technology Criminal Branch for a Report of Technical Examination. ATF examiners determined that the design and construction characteristics were consistent with those of other firearm silencers in that the device contained an outer body, front and rear endcaps, and an internal expansion chamber. ATF concluded that the device was a firearm silencer, which is also considered to be a firearm as defined under Title 26, United States Code, Section 5845(a)(7). Because the

3

homemade device met the definition of a silencer, **COWLES** was required to register the silencer in the National Firearms Registration and Transfer Record. **COWLES** knew he possessed a firearm, specifically the homemade silencer, had not registered the firearm, and knew of the specific characteristics or features of the firearm that made it subject to registration. **COWLES** had previous experience registering several silencers through the National Firearms Registration and Transfer Record.

Below is a photograph of the homemade silencer located in **COWLES** residence:



## Elements of the Offense

### COUNT 5 – Possession of Unregistered Firearm; PJI O106.1

(1) the Defendant knowingly possessed a firearm;

(2) the firearm was not registered to the Defendant in the National Firearms Registration and Transfer Record; and

(3) the Defendant knew of the specific characteristics or features of the firearm that made it subject to registration under the National Firearms Registration and Transfer Record.


BARRY W. BEROSET
Counsel for the Defendant
Beroset and Keene
1622 North 9th Avenue
Pensacola, Florida 32503
Phone: (850) 438-3111
FBN: 145143


June 2, 2021
Date

DYLAN ZENAS COWLES
Defendant

June 2, 2021
Date


JASON R. COODY,
Acting United States Attorney

NANCY J. HESS
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 0607169
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000
Nancy.Hess@usdoj.gov

June 22, 2021
Date

JENNIFER H. CALLAHAN
Assistant United States Attorney
Northern District of Florida
Iowa Bar No. AT0012654
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000
Jennifer.callahan@usdoj.gov

June 22, 2021
Date

5